# United States Court of Appeals
### For The District of Columbia Circuit

_____

No. 14-3048　　　　　　　　　　　　　　　　September Term, 2014

1:08-cr-00271-RCL-3

**Filed On:** April 7, 2015

United States of America,

    Appellee

  v.

Danny True, also known as Darby,

    Appellant

------------------------------

Consolidated with 14-3046

**BEFORE:**　Kavanaugh, Circuit Judge

## O R D E R

Upon consideration of the motion for payment of duplication services, it is

**ORDERED** that the motion be granted. Payment in an amount not to exceed $355.00 is hereby authorized for The Lex Group to duplicate the opening brief, the reply brief, and the joint appendix.

**Per Curiam**